IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 MAY 18 PM 1:55
CLERK'S OFFICE
AT GREENBELT
BY _____BU_____ DEPUTY

Shomari Salim Daley
255 N. Stonestreet Rockville
MD, 20851
(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.

Cornerstone Montgomery
8555 16th St. Silver
Spring MD 20910 / William
C. Parker, Jr. 406 East
Joppa Road Towson, Maryland 21286
(Full name and address of the defendant(s))
**Defendant(s)**

Civil No.: GJH 15 CV 1415
(Leave blank. To be filled in by Court.)

******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____

   _____

2. The facts of this case are:

Cornerstone Montgomery was the Very First mental institute that I was referred to as patient. My very first experience as a patient was Emotionally and ~~(Mentality)~~ Mentally disturbing and Distressful. My Maryland Circuit Court case #: 395494-V

I was purseing Justice within the state of Maryland and was given a Mondatory Settlement date set for July 2, 2015. Both of my cases are now closed due to the fact that I am an Homeless, Indigent, and Disabled U.S. citizen that can not afford Proper legal Representation!!! I would like to request to provide a testimony to a Jury within the Federal Court and provide Documentation as to how Cornerstone Montgomery and a employee has Destroyed my Life and ~~(Representation)~~ Reputation. The disservice by this institute has delayed my DUE PROCESS and Shandered my Name. I demand Justice and Compensation for these actions.

3. The relief I want the court to order is:

☑ Damages in the amount of: 7,500,000.00

☐ An injunction ordering: _____

_____

☐ Other (explain) _____

_____

5-18-2015
(Date)

*Shomari Daley*
(Signature)

Shomari Salim Daley
255 N. Stonestreet
Rockville MD, 20851
shodaley1@gmail.com
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.